# In the United States District Court for the Southern District of Georgia
## Savannah Division

EXCEL FIELDS,

    Plaintiff,

v.

THE FEDERAL RESERVE, HOME
MORTGAGE ALLIANCE CORPORATION,
and NATIONSTAR MORTGAGE LLC,

    Defendants.

CV 425-088

## ORDER

Before the Court is Plaintiff's notice of voluntary dismissal, dkt. no. 4, wherein he notifies the Court that he wishes to dismiss this action. The notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i) (dismissal before an opposing party serves an answer or motion for summary judgment). Accordingly, all claims asserted in this action are **DISMISSED without prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

SO ORDERED, this 24 day of April, 2025.

 

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA